DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

FILED
JUL - 9 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
MARTIN R. and DENISE A. BREWER

Chapter 13
Case No. 04-3-0110 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $2.61 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 003 | CLERK OF THE COURT FOR FNANB<br>P O BOX 10018<br>KENNESAW, GA 30156-9204 | $2.61 |

Dated:  July 7, 2010

_____
CECILIA MARCELO
Receipts Administrator